# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

CAROL ANN CARTER, MONICA PARRILLA, REBECCA POYOUROW, WILLIAM TUNG, ROSEANNE MILAZZO, BURT SIEGEL, SUSAN CASSANELLI, LEE CASSANELLI, LYNN WACHMAN, MICHAEL GUTTMAN, MAYA FONKEU, BRADY HILL, MARY ELLEN BALCHUNIS, TOM DEWALL, STEPHANIE MCNULTY AND JANET TEMIN

           v.

LEIGH M. CHAPMAN, IN HER OFFICIAL CAPACITY AS THE ACTING SECRETARY OF THE COMMONWEALTH OF PENNSYLVANIA; JESSICA MATHIS, IN HER OFFICIAL CAPACITY AS DIRECTOR FOR THE PENNSYLVANIA BUREAU OF ELECTION SERVICES AND NOTARIES

APPEAL OF: LESLIE OSCHE, KIM GEYER, MICHAEL T. SLUPE, CANDEE BARNES, THOMAS REEP, BRANDY REEP, KENNETH LUNSFORD, TAMMY LUNSFORD, JAMES THOMPSON, PAMELA THOMPSON, JOSEPH RENWICK, STEPHANIE RENWICK, LOUIS CAPOZZI, DAVID BALL, MARY E. OWLETT, KRISTINE ENG, JUSTIN BEHRENS, JAMES P. FOREMAN, MATTHEW J. STUCKEY, ANTHONY J. LUTHER, LINDA C. DANIELS, JEFFREY PICCOLA, JAMES VASILKO, JAY HAGERMAN, AND EVAN P. SMITH., Possible Intervenors

: No. 11 MAP 2022
:
:
: Appeal from the Order of the
: Commonwealth Court at No. 464
: MD 2021 dated January 14, 2022
: denying intervenor status.

PHILIP T. GRESSMAN; RON Y. DONAGI; KRISTOPHER R. TAPP; PAMELA GORKIN; DAVID P. MARSH; JAMES L. ROSENBERGER; AMY MYERS; EUGENE BOMAN; GARY GORDON; LIZ MCMAHON; TIMOTHY G. FEEMAN; AND GARTH ISAAK

        v.

LEIGH M. CHAPMAN, IN HER OFFICIAL CAPACITY AS THE ACTING SECRETARY OF THE COMMONWEALTH OF PENNSYLVANIA; JESSICA MATHIS, IN HER OFFICIAL CAPACITY AS DIRECTOR FOR THE PENNSYLVANIA BUREAU OF ELECTION SERVICES AND NOTARIES

APPEAL OF:  LESLIE OSCHE, KIM GEYER, MICHAEL T. SLUPE, CANDEE BARNES, THOMAS REEP, BRANDY REEP, KENNETH LUNSFORD, TAMMY LUNSFORD, JAMES THOMPSON, PAMELA THOMPSON, JOSEPH RENWICK, STEPHANIE RENWICK, LOUIS CAPOZZI, DAVID BALL, MARY E. OWLETT, KRISTINE ENG, JUSTIN BEHRENS, JAMES P. FOREMAN, MATTHEW J. STUCKEY, ANTHONY J. LUTHER, LINDA C. DANIELS, JEFFREY PICCOLA, JAMES VASILKO, JAY HAGERMAN, AND EVAN P. SMITH., Possible Intervenors

No. 12 MAP 2022

Appeal from the Order of the Commonwealth Court at No. 465 MD 2021 dated January 14, 2022 denying intervenor status.

## ORDER

**PER CURIAM**                                   **DECIDED:  February 2, 2022**

**AND NOW,** this 2nd day of February, 2022, probable jurisdiction is **NOTED**.  As Appellants waited twelve days to file a notice of appeal from the Commonwealth Court's order denying intervention, and deadlines established by that order have already passed, the Order of the Commonwealth Court is **AFFIRMED**.  *Cf.* Pa.R.Civ.P. 2329(3) (allowing for denial of intervention if "the petitioner has unduly delayed in making application for intervention or the intervention will unduly delay . . . the trial or the adjudication of the rights of the parties").